Matter of Cooper v Best (2024 NY Slip Op 04901)

Matter of Cooper v Best

2024 NY Slip Op 04901

Decided on October 08, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 08, 2024

Before: Webber, J.P., Moulton, Scarpulla, Rodriguez, Pitt-Burke, JJ. 

 Appeal No. 2741 Case No. 2024-03074 

[*1]In the Matter of Kaazim Cooper, Petitioner,
v
Hon.Miriam Best et al., Respondents.

Kaazim Cooper, petitioner pro se.
Letitia James, Attorney General, New York (Steven A. Sutro of counsel), for Hon. Miriam Best, respondent.
Alvin L. Bragg, Jr., District Attorney, New York (Philip V. Tisne of counsel), for Sarah Lubin, respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 8, 2024